**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHRISTOPHER R. SANDLIN
ADC# 136830                                                                                            PLAINTIFF

v.                                      2:11-cv-00136-JMM-JJV

BENJAMIN R. WOODARD, Correctional
Officer, East Arkansas Regional Unit,
Arkansas Department of Correction; *et al.*                                      DEFENDANTS

## ORDER

Plaintiff's Motion to Dismiss his Complaint and Amended Complaints (Doc. No. 52.) is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of March, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE