**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHRISTOPHER R. SANDLIN
ADC# 136830                                                                      PLAINTIFF

v.                                    2:11-cv-00136-JMM-JJV

BENJAMIN R. WOODARD, Correctional
Officer, East Arkansas Regional Unit,
Arkansas Department of Correction; *et al.*                          DEFENDANTS

**<u>ORDER</u>**

Plaintiff's Motion to Dismiss his Complaint and Amended Complaints (Doc. No. 52.)  is

GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of March, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE