**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHRISTOPHER R. SANDLIN
ADC# 136830                                                                                      PLAINTIFF

v.                                       2:11-cv-00136-JMM-JJV

BENJAMIN R. WOODARD, Correctional
Officer, East Arkansas Regional Unit,
Arkansas Department of Correction; *et al.*                                           DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 14th day of March, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE